UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DOREEN GEE, et al., | ) | Lead Case No. 1:03-CV-147 |
| | ) | |
| Plaintiffs, | ) | CLASS ACTION |
| | ) | |
| v. | ) | MDL Case No. 1:03-md-1552 |
| | ) | |
| UNUMPROVIDENT CORPORATION, | ) | Judge Curtis L. Collier |
| et al., | ) | Magistrate Judge C. Clifford Shirley, Jr. |
| | ) | |
| Defendants. | | |

**MEMORANDUM & ORDER**

Having considered the Joint Motion of Parties to Modify Briefing Schedule on Motion for Class Certification [Doc. 68], and based upon the parties' representation that the proposed modification will not prejudice the expeditious prosecution of this action, the Court **GRANTS** the motion [Doc. 68]. The briefing schedule shall be modified as follows:

(1) The parties shall conduct and conclude the depositions of the named Plaintiffs on class certification issues by no later than **May 31, 2005**;

(2) Defendants shall file their response to Plaintiffs' pending motion for class certification on or before **June 10, 2005**; and

(3) Plaintiffs shall file any reply in support of their motion on or before **July 21, 2005**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge