UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DOREEN GEE, on behalf of herself and a class of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:03-CV-147 |
| UNUMPROVIDENT CORPOARTION, J. HAROLD CHANGLER, ROBERT C. GREVING, THOMAS R. WATJEN, WILLIAM L. ARMSTRONG, RONALD E. GOLDSBERRY, HUGH O. MACLELLAN, JR., A.S. MACMILLAN, JR., GEORGE J. MITCHELL, JAMES L. MOODY, JR., CYNTHIA A. MOTGOMERY, C. WILLIAM POLLARD, LAWRENCE R. PUGH, LOIS D. RICE, JOHN W. ROWE, BURTON E. SORENSEN, LINDA A. LEVESQUE, BENEFIT FINANCE COMMITTEE, and UNKNOWN FIDUCIARY DEFENDANTS 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BONNIE SCANLON, on behalf of herself, himself and a class of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:03-CV-176 |
| UNUMPROVIDENT CORPOARTION, J. HAROLD CHANGLER, ROBERT C. GREVING, THOMAS R. WATJEN, WILLIAM L. ARMSTRONG, RONALD E. GOLDSBERRY, HUGH O. MACLELLAN, JR., A.S. MACMILLAN, JR., GEORGE J. MITCHELL, JAMES L. MOODY, JR., CYNTHIA A. MOTGOMERY, C. WILLIAM POLLARD, LAWRENCE R. PUGH, LOIS D. RICE, JOHN W. ROWE, BURTON E. SORENSEN, | ) ) ) ) ) ) ) ) ) ) | |

LINDA A. LEVESQUE, BENEFIT FINANCE )
COMMITTEE, and UNKNOWN FIDUCIARY )
DEFENDANTS 1-100,

## **O R D E R**

This matter came before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court on the Motion For Admission Pro Hac Vice of Attorney Katherine B. Bornstein. [Docs. 72 and 54]. It appearing that attorney Bornstein is a member in good standing of the United States District Court for the Eastern District of Pennsylvania, and there is no objection filed by the defendant, the motions [Docs. 72 and 54] are **GRANTED.**

**IT IS SO ORDERED.**

ENTER:


   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2