# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| DOREEN GEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNUMPROVIDENT CORPORATION, *et al.*, <br><br> Defendants. | Lead Case No. 1:03-CV-147 <br><br> <u>CLASS ACTION</u> <br><br> MDL Case No. 1:03-md-1552 <br><br> JUDGE CURTIS L. COLLIER <br><br> MAGISTRATE JUDGE CLIFFORD SHIRLEY |

## **<u>AGREED PROPOSED ORDER</u>**

Upon the parties' Joint Motion to Seal Records to Maintain Confidentiality, and for good cause, it is hereby:

ORDERED that the following documents submitted in support of the UnumProvident Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification (Court File Nos. 81, 82) be removed from public access on ECF/PACER and filed under seal:

1. Deposition excerpts of named Plaintiff Doreen Gee (previously filed as Appendix 2) (Court File No. 82);

2. Exhibits 1, 2 and 3 to Appendix 2 (Court File No. 82);

3. Deposition excerpts of named Plaintiff Bonnie Scanlon (previously filed as Appendix 3) (Court File No. 82); and

4. Exhibits A and B to the Affidavit of Linda Levesque (Court File No. 80).

1

ENTER:                                                                    s/ C. Clifford Shirley, Jr.   
                                                                                   United States Magistrate Judge   
**Magistrate Judge C. Clifford Shirley**

APPROVED FOR ENTRY:

Respectfully Submitted,

Dated:  June 21, 2005

| | |
|---|---|
| Patrick W. Shea | s/         John P. Konvalinka         . |
| Scott M. Flicker | John P. Konvalinka (TN Bar #001780) |
| PAUL, HASTINGS, JANOFSKY & WALKER, L.L.P. | GRANT, KONVALINKA & HARRISON, P.C. |
| 1055 Washington Boulevard | 9th Floor, Republic Centre |
| Stamford, CT 06901 | 633 Chestnut Street |
| (203) 961-7400 | Chattanooga, Tennessee 37450 |
| | (423) 756-8400 |
| Gandolfo V. DiBlasi | |
| SULLIVAN & CROMWELL LLP | |
| 125 Broad Street | |
| New York, New York 10004 | |
| (212) 558-4000 | *Attorneys for the UnumProvident Defendants* |

s/ William Horton by JPK w/ permission         .
William H. Horton
Horton, Maddox & Anderson PLLC
835 Georgia Avenue
Suite 600                                                                          *Attorneys for Defendant Harold Chandler*
Chattanooga, TN 37402

| | |
|---|---|
| | s/ Andrew L. Berke by JPK w/ permission         . |
| Richard S. Schiffrin | Andrew L. Berke (BPR#16586) |
| Joseph H. Meltzer | BERKE, BERKE & BERKE |
| Edward W. Ciolko | 1230 Volunteer Building |
| SCHIFFRIN & BARROWAY, LLP | Chattanooga, Tennessee 37402 |
| 280 King of Prussia Road | Telephone: (423) 266-5171 |
| Radnor, Pennsylvania 19087 | Facsimile: (423) 265-5307 |
| Telephone: (610) 667-7706 | |
| Facsimile: (610) 667-7056 | *Attorneys for Plaintiffs* |

2

Joseph J. DePalma
Katrina Blumenkrants
LITE DEPALMA GREENBERG &
RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
Telephone:  (973) 623-3000
Facsimile:  (973) 623-0211