# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| DOREEN GEE, et al., | ) | Lead Case No. 1:03-cv-147 |
| | ) | |
| Plaintiffs, | ) | MDL Case No. 1:03-md-1552 |
| | ) | |
| v. | ) | <u>CLASS ACTION</u> |
| | ) | |
| UNUMPROVIDENT CORP., et al., | ) | Judge Curtis L. Collier/ |
| | ) | Magistrate Judge C. Clifford Shirley, Jr. |
| Defendants. | ) | |

## **<u>MEMORANDUM & ORDER</u>**

Before the Court is the parties' Joint [Proposed] Mediation Plan [Doc. 107]. For good cause shown, the Agreed Amended Discovery Order [Doc. 103] is **AMENDED** to the extent that all deadlines, which are scheduled to expire prior to the parties' mediation on March 30-31, 2006, shall be **EXTENDED** to <u>**April 14, 2006**</u>. Should the parties require additional extensions or modifications of the Agreed Amended Discovery Order, they may seek such extensions or modifications after the mediation.

In all other respects, the Court hereby **ADOPTS** the parties' Joint Mediation Plan [Doc. 107].

**IT IS SO ORDERED.**

ENTER:

<u>  s/ C. Clifford Shirley, Jr.  </u>
United States Magistrate Judge