**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**at CHATTANOOGA**

| | |
|---|---|
| DOREEN GEE, et al., | ) Lead Case No. 1:03-CV-147 |
| Plaintiffs, | ) <u>CLASS ACTION</u> |
| v. | ) MDL Case No. 1:03-md-1552 |
| UNUMPROVIDENT CORPORATION, et al., | ) JUDGE CURTIS L. COLLIER |
| | ) MAGISTRATE JUDGE CLIFFORD SHIRLEY |
| Defendants. | ) |

## AGREED MEMORANDUM & ORDER

Before the Court is the parties' Joint Motion to Notify the Court of Re-Scheduled Mediation Date and to Modify the Court's Memorandum and Order dated February 23, 2006. For good cause shown, the Agreed Amended Discovery Order [Doc. 103] is **AMENDED** to the extent that all deadlines, which are scheduled to expire prior to the parties' mediation on April 20-21, 2006, shall be **EXTENDED** to **FOURTEEN DAYS** after the mediation takes place. Should the parties require additional extensions or modifications of the Agreed Amended Discovery Order, they may seek such extensions or modifications after the mediation.

**IT IS SO ORDERED.**

DATE:                                              ENTER:

                                                                 s/ C. Clifford Shirley, Jr.
                                                                 United States Magistrate Judge

APPROVED FOR ENTRY:
**BERKE, BERKE & BERKE**

**By:** s/ Andrew L. Berke

Andrew Berke, Esq. (TN Bar # 16586)
1230 Volunteer Building
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

**Liaison Counsel for Plaintiffs**

**SCHIFFRIN & BARROWAY, LLP**
Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Lead Counsel for Plaintiffs**

**LITE DEPALMA GREENBERG**
Joseph J. DePalma, Esq.
Katrina Blumenkrants, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000

**GRANT, KONVALINKA & HARRISON, P.C.**

**By:** s/ John P. Konvalinka

John P. Konvalinka, Esq. (TN Bar #001780)
9th Floor, Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
Telephone: (423) 756-8400

**PAUL, HASTINGS, JANOFSKY & WALKER, L.L.P.**

Patrick W. Shea, Esq.
Scott M. Flicker, Esq.
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400

**SULLIVAN & CROMWELL LLP**
Gandolfo V. DiBlasi, Esq.
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

**Attorneys for the UnumProvident Defendants**

**By:** s/ William H. Horton

**Horton Maddox & Anderson PLLC**

William H. Horton, Esq.

835 Georgia Avenue, Suite 600

Chattanooga, Tennessee 37402

**Attorney for Defendant Harold Chandler**